**No. 10-507. Pacific Operators Offshore, LLP, et al., Petitioners v. Luisa L. Valladolid, et al.**

562 U.S. 1215, 131 S. Ct. 1472, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1462.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 604 F.3d 1126.